COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Theresa Riggs v. Joseph Michael Perlman, M.D.

Appellate case number: 01-13-00974-CV

Trial court case number:     2013-25072

Trial court:                          215th District Court of Harris County

Joseph Michael Perlman has filed a "Motion to Strike Notice of Appeal." Perlman argues that because this is an accelerated appeal, Theresa Riggs' notice of appeal, filed 29 days after the trial court signed the judgment, was untimely. *See* TEX. R. APP. P. 26.1(b). Perlman further argues that Riggs is not entitled to the 15-day extension period provided by rule 26.3 because she failed to file a motion for extension of time. *See* TEX. R. APP. P. 26.3. Perlman moves for dismissal of the appeal. We deny the motion.

Generally speaking, a party wishing to file an accelerated appeal must file a notice of appeal within 20 days after the trial court signs the judgment or order. *See* TEX. R. APP. P. 26.1(b). A party may obtain additional time to file a notice of appeal if, within fifteen days after the deadline to file the notice of appeal, the party properly files the notice of appeal and a motion for extension of time. *See* TEX. R. APP. P. 26.3. Courts imply a motion for extension of time when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by rule 26.1, but within the fifteen-day extension period provided by rule 26.3. See Verburgt v. Dorner, 959 S.W.2d 615, 617 (Tex. 1997). The appellant must, however, offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See* TEX. R. APP. P. 10.5(b)(1)(C), 26.3; *Jones v. City of Houston*, 976 S.W.2d 676, 677 (Tex. 1998).

Here, Riggs filed her notice of appeal after the twenty-day deadline but within the fifteen-day extension period. Further, after receiving our notice of intent to dismiss this case, Riggs responded by providing a reasonable explanation for failing to timely file her notice of appeal. Accordingly, we imply a motion for extension, and Riggs' notice of appeal was timely filed within the fifteen-day extension period.

Accordingly, we DENY Perlman's motion to strike Riggs' notice of appeal.

It is so ORDERED.

Judge's signature:/s/<u>Michael Massengale</u>
                     ☒ Acting individually    ☐ Acting for the Court

Date:  December 27, 2013